1
2
3
4
5
6
7
8       UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
9                  AT SEATTLE

10    OLGA PERESTORONINA,                    Case No. C10-1225-RSL

11                      Plaintiff,

12            v.                             ORDER REMANDING CASE

13    MICHAEL J. ASTRUE, Commissioner
14    of Social Security,

15                      Defendant.

16

17

18        The Court, after careful consideration of the Plaintiff's complaint, the parties' briefs, all

19    papers and exhibits filed in support and opposition thereto, the Report and Recommendation of

20    the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the

21    record, does hereby find and ORDER:

22        (1)    The Court adopts the Report and Recommendation.

23        (2)    The final decision of the Commissioner is REVERSED and this case is

24    REMANDED to the Social Security Administration for further proceedings not inconsistent

25    with the Report and Recommendation.

26

ORDER REMANDING CASE
PAGE - 1

1       (3)     The Clerk of the Court is directed to send copies of this Order to the parties and

to Judge Donohue.

DATED this 18th day of July, 2011.


MrK S Lasnik
Robert S. Lasnik
United States District Judge